LEHIGH STRUCTURAL STEEL COMPANY, INC., Plaintiff, *v.* NYACK KENNEL CLUB et al., Defendants; VERNON LUMBER CORPORATION, Respondent, and BIOPHILE CLUB COMPANY, INC., Appellant.

Submitted September 25, 1939; decided October 3, 1939.

*Max Ornstein* for motion.

*Francis D. Wells* opposed.

Motion denied with leave to renew on argument of appeal.